UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARC RIDEOUT,

    Petitioner,

vs.

Civil Action No.
08-CV-10633

HON. BERNARD A. FRIEDMAN

C. EICHENLAUB,

    Respondent.
_____/

### ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING APPLICATION FOR WRIT OF HABEAS CORPUS AS MOOT

This matter is presently before the Court on Magistrate Judge Paul Komives' Report and Recommendation ("R&R") dated October 30, 2008. In his R&R, Magistrate Judge Komives recommends that Petitioner's Application for Writ of Habeas Corpus [docket entry 1] be dismissed as moot. Plaintiff has not filed objections to the Magistrate Judge's R&R and the time to do so has expired.

The Court has had the opportunity to fully review this matter. The Court finds that Magistrate Judge Komives correctly and thoroughly analyzed the issues presented and that he reached the proper conclusions for the proper reasons. Therefore, the Court will accept and adopt the Magistrate Judge's R&R as the findings and conclusions of the Court. Accordingly,

IT IS ORDERED that Magistrate Judge Komives' R&R of October 30, 2008, is accepted and adopted as the findings and conclusions of the Court.

1

IT IS FURTHER ORDERED that Petitioner's Application for Writ of Habeas Corpus is dismissed as moot.

        S/Bernard A. Friedman_____
        BERNARD A. FRIEDMAN
        CHIEF UNITED STATES DISTRICT JUDGE

Dated: November 20, 2008
      Detroit, Michigan

I hereby certify that a copy of the foregoing document

was served upon counsel of record by electronic and/or first-class mail.

S/Carol Mullins

Case Manager to Chief Judge Friedman